| | | |
|---|---|---|
| WAYNE WOLFE | * | |
| *Plaintiff*, | * | |
| | * | |
| Vs. | * | Civil Action No.: 1:18-cv-1689-TDC |
| | * | |
| MICHAEL JOHNSON, et al. | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE OF PLAINTIFF'S COUNSEL

Plaintiff Wayne Wolfe ("Plaintiff") by and through his attorneys, John J. Leppler, Esq.,

and the law firm Albers & Associates, LLC, hereby submits this notice of entry of appearance of

Plaintiff's counsel, and requests for the court to enter the following as Plaintiff's counsel in this

case: John J. Leppler, Esq. #19736, Albers & Associates, LLC, 1818 Pot Spring Road, Suite 258,

Lutherville-Timonium, Maryland 21093.

Respectfully submitted,

/s/ *John Leppler*

_____
John J. Leppler, Esq.  #19736
Albers & Associates, LLC
1818 Pot Spring Road, Suite 258
Lutherville-Timonium, Maryland 21093
T: (443) 457-3890
F: (443) 637-7814
E: jleppler@rossalbers.com
*Counsel for Plaintiff Wayne Wolfe*

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 7th day of February 2020 a copy of the foregoing notice of entry of appearance of Plaintiff's counsel was served via this Court's ECF e-filing system upon the following:

Andrew Stephenson
Ellen R. Stewart
Franklin & Prokopic, P.C.
2 North Charles Street, Suite 600
Baltimore, Maryland 21201
*Counsel for the Defendants K&S Trucking, Michael Johnson, Phillip Harbourt, and Kimberly Staats*

Jeffrey R. DeCaro
Adam D. Perrelli
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
17251 Melford Blvd., Suite 200
Bowie, Maryland 20715
*Counsel for the Defendant Hildebrand Machinery Company, Inc.*

Robert E. Joyce
Law Office of Barry R. Glazer, LLC
P.O. Box 27166
1010 Light Street
Baltimore, Maryland 21230

                                    Respectfully submitted,

                                    /s/ *John Leppler*
                                    _____
                                    John J. Leppler, Esq.  #19736